No. 76–6996.  WEAVER v. CARSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 76–6999.  SAMPSON v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 1st Cir.  Certiorari denied.

No. 76–7000.  LUSSIER v. GUNTER, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 76–7001.  BEECHER v. BAXLEY, ATTORNEY GENERAL OF ALABAMA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–1.  MEITZNER ET AL. v. MINDICK ET AL.  C. C. P. A. Certiorari denied.

No. 77–2.  WAGGONER ET AL. v. GRIFFITH Co. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–4.  AMALGAMATED SUGAR Co. ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (ANTHONY J. PIZZA FOOD PRODUCTS CORP. ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 77–5.  BRUNWASSER ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–6.  RUSSELL v. BLACK, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 77–9.  AMERICAN FIDELITY FIRE INSURANCE Co. v. SUE KLAU ENTERPRISES, INC.  C. A. 1st Cir.  Certiorari denied.

No. 77–13.  BLEVINS POPCORN Co. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 77–14.  BOGLE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.